IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BARBARA CLIFF )
) No. 3-09-0505
v. )
)
THE SURGICAL CLINIC, PLLC )

O R D E R

The plaintiff's motion to continue case management conference (Docket Entry No. 4) is GRANTED to allow the plaintiff sufficient opportunity to attempt to effect service of process on the defendant.

The July 13, 2009, initial case management conference is RESCHEDULED to **Monday, August 3, 2009, at 10:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

Plaintiff's counsel shall serve a copy of this order on the defendant and/or defendant's counsel.

In addition, the Clerk is directed to mail a copy of this order to Ernest E. Hyne, II, Esq., 315 Deaderick Street, Suite 300, Nashville, TN 37238, by regular, first class mail (only).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

2

Case 3:09-cv-00505   Document 5   Filed 07/07/09   Page 2 of 2 PageID #: 11