UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BARBARA CLIFF, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:09-0505 |
| | ) JUDGE HAYNES |
| THE SURGICAL CLINIC, PLLC, | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion for summary judgment (Docket Entry No. 20) is **GRANTED**. Defendant's motion to continue and reschedule trial (Docket Entry No. 27) and motion *in limine* No. 1 (Docket Entry No. 28) are **DENIED as moot**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 16th day of December, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge